**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Tessa Jo Delozier** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    EASTERN DISTRICT OF TENNESSEE

Case number
(if known)

☐ Check if this is an amended filing

Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7    12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**
■ **creditors have claims secured by your property, or**
■ **you have leased personal property and the lease has not expired.**
**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

## Part 1:    List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Classic Credit** <br><br> Description of property securing debt: **2005 Jeep Liberty 128,000 miles** <br> **VIN No.: 1J4GL48K85W507245** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ■ Retain the property and [explain]: **Debtor will continue to make payments** | ■ No <br><br> ☐ Yes |
| Creditor's name: **Flagship Credit Acceptance** <br><br> Description of property securing debt: **2015 Nissan Frontier 100,000 miles** <br> **VIN No.: 1N6ADOER2FN18450** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ■ Retain the property and [explain]: **Co-debtor to continue to make payments** | ■ No <br><br> ☐ Yes |

## Part 2:    List Your Unexpired Personal Property Leases

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|

| Debtor 1 | **Tessa Jo Delozier** | Case number *(if known)* | |
|---|---|---|---|

| Lessor's name: | **Aarons Sales & Lease** | ☐ No |
|---|---|---|
| | | ■ Yes |

| Description of leased Property: | **Rent-to-own TV** |
|---|---|

| Lessor's name: | **Acima Credit LLC** | ☐ No |
|---|---|---|
| | | ■ Yes |

| Description of leased Property: | **Rent-to-own bearings and tires** |
|---|---|

| Lessor's name: | **Progressive Leasing** | ☐ No |
|---|---|---|
| | | ■ Yes |

| Description of leased Property: | **Rent-to-own couch** |
|---|---|

| Lessor's name: | **Verizon Wireless** | ☐ No |
|---|---|---|
| | | ■ Yes |

| Description of leased Property: | **Cell phone contract** |
|---|---|

| Part 3: | **Sign Below** |
|---|---|

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

| X | **/s/ Tessa Jo Delozier** | X | |
|---|---|---|---|
| | **Tessa Jo Delozier** | | Signature of Debtor 2 |
| | Signature of Debtor 1 | | |
| Date | **March 3, 2020** | Date | |

## IN THE UNITED STATES BANKRUPTCY COURT
### Eastern District of Tennessee

| | |
|---|---|
| IN RE: | * CASE NO.: |
| | * |
| **Tessa Jo Delozier,** | * |
| | * CHAPTER: **7** |
| | * |
| | * |
| Debtor | * |

## CERTIFICATE OF SERVICE

I certify that on this day, I served the following parties with a copy of the "Debtor's Statement of Intentions", by electronic case filing and/or by placing true copies of the same in the United States Mail with adequate postage affixed to insure delivery addressed to::

| | | |
|---|---|---|
| U.S. Trustee's Office<br>Howard H. Baker, Jr., U.S. Courthouse<br>800 Market Street Ste 114<br>Knoxville, TN 37902 | Tessa Delozier<br>3627 Miser Station Road<br>Louisville, TN 37777 | Aarons Sales & Lease<br>1119 Hunters Crossing<br>Alcoa TN 37701 |
| Acima Credit LLC<br>9815 S Monroe Street<br>4th Floor<br>Sandy UT 84070 | Classic Credit<br>612 W Lamar Alexander Pkwy<br>Maryville TN 37801 | Flagship Credit Acceptance<br>PO Box 3807<br>Coppell TX 75019 |
| Progressive Leasing<br>256 W. Data Drive<br>Draper UT 84020 | Richard Love<br>3627 Miser Station Road<br>Louisville TN 37777 | Verizon Wireless<br>PO Box 660108<br>Dallas TX 75266 |

Dated: 3/3/2020

/s/ Zachary S. Burroughs 025896
Zachary S. Burroughs 025896,
Attorneys for Debtor
Clark & Washington, PC
408 S. Northshore Drive
Knoxville, TN 37919
865-281-8084
,
Attorneys for Debtor